# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM WILLIAMS and CATIESE WILLIAMS, individually and as parents and natural guardians of NW and KW, their minor children,<br><br>Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA SCHOOL DISTRICT; BRIAN T. ULMER; STEVEN KEEN; and ELIZABETH SEAGRAVES,<br><br>Defendants. | No. 4:22-CV-00473<br><br>(Chief Judge Brann) |

# ORDER

### DECEMBER 15, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 51) is **GRANTED IN PART** and **DENIED IN PART**;

2. The remaining claims (Counts II-V) brought by Adam and Catiese Williams as individuals are **DISMISSED WITH PREJUDICE**;

3. As to NW, Counts III and IV are **DISMISSED WITH PREJUDICE**;

4. As to KW, Counts I, II, III, IV, and her Count V procedural due process claim are **DISMISSED WITH PREJUDICE**.

2

5. Defendants shall file an Answer to the Second Amended Complaint within fourteen (14) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge