UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM WILLIAMS, *et al.*, | ) | CIVIL ACTION NO. 4:22-CV-473 |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| JERSEY SHORE AREA SCHOOL DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

On June 19, 2024, Plaintiffs filed a Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. 77).[1] In their Motion, Plaintiffs request that this action be dismissed without prejudice. Defendants concur. On July 1, 2024, the Court held a telephone conference to discuss Plaintiffs' Motion. Based on the discussions held during that telephone conference, we are satisfied that dismissal is appropriate. Accordingly, it is ORDERED that:

(1) Plaintiffs' Motion to Dismiss (Doc. 77) is GRANTED. This case is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

(2) The Clerk of Court is directed to CLOSE this case.

Date: July 10, 2024                          BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

---

[1] On March 29, 2022, Plaintiffs initiated this action on behalf of themselves and their two minor children N.W. and K.W. Only claims brought on behalf of N.W. remain. The parties notified the Court that N.W. is now an adult. (Doc. 80).